# EXHIBIT A

FILED
11/12/2019 12:00 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L012444

#3155

FILED DATE: 11/12/2019 12:00 AM 2019L012444

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SYLVIA BYRD,<br><br>Plaintiff,<br><br>*versus*<br><br>DOLLAR TREE STORES, INC, a Foreign Corporation d/b/a DOLLAR TREE #7261,<br><br>Defendant. | Court # |

7312400

## COMPLAINT AT LAW

NOW COMES the Plaintiff, **SYLVIA BYRD**, by and through the **LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C.**, and complaining of the Defendant, **DOLLAR TREE STORES, INC, a Foreign Corporation d/b/a DOLLAR TREE #7261** states as follows:

**COUNT I**
(Negligence v. Dollar Tree)

1. That on or about October 13, 2018, the Defendant, **DOLLAR TREE STORES, INC, a Foreign Corporation**, owned, operated, managed, maintained and controlled a certain property and premises located at 209 East 103rd Street, in the City of Chicago, County of Cook, and State of Illinois, and held this facility, including the parking lot of the property and premises, open and available to members of the public.

2. That on or about October 13, 2018, Plaintiff, **SYLVIA BYRD**, was a patron of the aforesaid property and premises at all times mentioned herein was in the exercise of ordinary care for her own safety.

3. That at all times relevant hereto, as owner, operator and/or maintainer of such property, the Defendant, **DOLLAR TREE STORES, INC, a Foreign Corporation d/b/a DOLLAR TREE #7261**, had a duty to use reasonable care in the operation, management, maintenance and control of the aforesaid premises, and to exercise ordinary and reasonable care to make the said premises safe for the protection of all those legally along and upon the premises; specifically, to prevent the carpet located within said property from being hazardous and to prevent the carpet from endangering patrons at said property.

4. That on or about October 13, 2018, Plaintiff, **SYLVIA BYRD**, while walking through the store, slipped and fell on the carpet, resulting in injuries to her person, including a broken right foot and ankle, which required surgery.

5. Notwithstanding such duty, the Defendant, **DOLLAR TREE STORES, INC, a Foreign Corporation d/b/a DOLLAR TREE #7261**, was guilty of one or more of the following careless and negligent acts or omissions:

   a. Failed to maintain its property and premises in a safe condition;
   b. Failed to adequately mark said dangerous condition on its premise using signs or other indicators to warn patrons;
   c. Failed to take reasonable measures to protect those legally present on the aforesaid premise from the unsafe and dangerous condition;
   d. Failed to response to adequate notice that said dangerous condition existed; and,
   e. Was otherwise careless and negligent.

6. That Defendant, **DOLLAR TREE STORES, INC, a Foreign Corporation d/b/a DOLLAR TREE #7261**, knew or should have known of the aforesaid unsafe and dangerous

FILED DATE: 11/12/2019 12:00 AM 2019L012444

condition of the aforesaid mentioned property and premises.

7. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts or omissions of the Defendant, **DOLLAR TREE STORES, INC, a Foreign Corporation d/b/a DOLLAR TREE #7261**, Plaintiff, **SYLVIA BYRD**, slipped and fell on the carpet, resulting in injuries including, but not limited to a broken right foot and ankle and all of which required hospitalization and surgery.

8. As a proximate result of the above occurrence, the Plaintiff was caused to suffer diverse temporary and permanent disabling injuries to his body by reason of which Plaintiff has expended and incurred obligations for medical expenses and care and will in the future expend and incur such further obligations; Plaintiff has been and will be prevented from attending to her usual affairs and duties and has lost and otherwise will continue to lose great gains she would otherwise have made and acquired.

WHEREFORE, the Plaintiff, **SYLVIA BYRD**, prays that judgment be entered in his favor and against the Defendant, **DOLLAR TREE STORES, INC, a Foreign Corporation d/b/a DOLLAR TREE #7261**, in an amount in excess of FIFTY-THOUSAND ($50,000.00) DOLLARS, plus the costs of this action.

Respectfully Submitted,

/s/ Cory M. Boyer
Attorney for Plaintiff

FILED DATE: 11/12/2019 12:00 AM 2019L012444

Cory M. Boyer
LAW OFFICES OF STEVEN J. MALMAN
& ASSOCIATES, P.C.
205 West Randolph, Ste. 610
Chicago, Illinois 60606
(312) 629-0099
Attorney No. 31555
cboyer@malmanlaw.com

FILED DATE: 11/12/2019 12:00 AM 2019L012444

FILED
11/12/2019 12:00 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L012444

7312400

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SYLVIA BYRD,<br><br>Plaintiff,<br><br>*versus*<br><br>DOLLAR TREE STORES, INC, a Foreign Corporation d/b/a DOLLAR TREE #7261,<br><br>Defendant. | Court # |

### SCR 222 AFFIDAVIT

I, Cory M. Boyer, having come to be sworn duly under oath, hereby state and affirm as follows:

1. That I am the attorney for the plaintiff in this matter.

2. That based upon my investigation and knowledge of this case plaintiff is seeking money damages in excess of $50,000.00, further affiant sayeth not.

LAW OFFICES OF STEVEN J. MALMAN
& ASSOCIATES, P.C.

/s/ Cory M. Boyer
Attorney for Plaintiff

SUBSCRIBED AND SWORN TO
before me this 11th day
of November, 2019.

/s/ Raquel Renteria
Notary Public

OFFICIAL SEAL
RAQUEL RENTERIA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/15/23

# E<small>XHIBIT</small> B



# Notice of Service of Process

**LYN / ALL**
**Transmittal Number: 21048467**
**Date Processed: 01/30/2020**

| | |
|---|---|
| **Primary Contact:** | Kathryn Smith<br>Dollar Tree, Inc.<br>500 Volvo Pkwy<br>Chesapeake, VA 23320-1604 |
| **Electronic copy provided to:** | JJ Jacobson-Allen |

| | |
|---|---|
| **Entity:** | Dollar Tree Stores, Inc.<br>Entity ID Number  3697563 |
| **Entity Served:** | Dollar Tree Stores, Inc. |
| **Title of Action:** | Sylvia Byrd vs. Dollar Tree Stores, Inc d/b/a Dollar Tree #7261 |
| **Matter Name/ID:** | Sylvia Byrd vs. Dollar Tree Stores, Inc d/b/a Dollar Tree #7261 (9979231) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2019L012444 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 01/30/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Cory M. Boyer<br>312-629-0099 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| | | FILED |
|---|---|---|
| 2120 - Served | 2121 - Served | 1/13/2020 10:22 AM |
| 2220 - Not Served | 2221 - Not Served | DOROTHY BROWN |
| 2320 - Served by Mail | 2321 - Served by Mail | CIRCUIT CLERK |
| 2420 - Served by Publication | 2421 - Served by Publication | COOK COUNTY, IL |
| SUMMONS | ALIAS SUMMONS | 2019L012444 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| **SYLVIA BYRD,**<br><br>**Plaintiff,**<br><br>*versus*<br><br>**DOLLAR TREE STORES, INC, a Foreign Corporation d/b/a DOLLAR TREE #7261,**<br><br>**Defendant.** | **Court # 19 L 12444**<br><br>**Please Serve:**<br>Dollar Tree Stores, Inc.<br>Through its registered agent<br>Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |

## ALIAS SUMMONS

TO EACH DEFENDANT:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room* 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED FOR IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS 1/13/2020

1/13/2020 10:22 AM DOROTHY BROWN
Clerk of the Court

Law Offices of Steven J. Malman
& Associates, P.C.
Attorney for Plaintiff(s)
205 West Randolph St., Ste. 610
Chicago, IL 60606
(312) 629-0099
cboyer@malmanlaw.com
#31555        Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois

Date of Service_____
(To be inserted by officer on copy left with
 defendant or other person)

# EXHIBIT C

## Entity Information

### Entity Information

| | |
|---:|:---|
| Entity Name: | DOLLAR TREE STORES, INC. |
| Entity ID: | 02938496 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Formation Date: | 10/15/1986 |
| Reason for Status: | Active and In Good Standing |
| VA Qualification Date: | 10/15/1986 |
| Status Date: | 12/01/2004 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | VA |
| Annual Report Due Date: | N/A |
| Registration Fee Due Date: | Not Required |
| Charter Fee: | $0.00 |

### Registered Agent Information

| | |
|---:|:---|
| RA Type: | Entity |
| Locality: | RICHMOND CITY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | CORPORATION SERVICE COMPANY |
| Registered Office Address: | 100 Shockoe Slip Fl 2, Richmond, VA, 23219 - 4100, USA |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx) | Contact Us

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

Principal Office Address

Address: 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA

Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| ASST SECRETARY | No | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/24/2018 |
| Vice President | No | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/24/2018 |
| CFO | Yes | | 500 VOLVO PARKWAY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/24/2018 |
| PRESIDENT/COO | No | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/24/2018 |
| VP/T/AS | No | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/24/2018 |

Current Shares

Total Shares: 5000

Filing History    RA History    Name History    Previous Registrations

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Garnishment Designees    Contact Us    Image Request

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

Back | Return to Search

Return to Results

Back to Login